IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-00074-01-CR-W-DGK |
| ) | |
| DAVID K. HURTADO, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant David K. Hurtado appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(B) to Count One of the Indictment charging him with a violation of 18 U.S.C. § 922(g)(1), that is, being a felon in possession of a firearm, Count Two of the Indictment charging him with a violation of 18 U.S.C. § 922(j), that is, possession of a stolen firearm, and Count Three of the Indictment charging him with a violation of 21 U.S.C. § 844(a), that is, possession of a controlled substance. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant David K. Hurtado's plea of guilty be accepted and that defendant Hurtado be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and

Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1).

    */s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge