IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:21-cr-074-01-DGK |
| DAVID K. HURTADO, | ) ) ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts, ECF No. 23, to which no objection has been filed, Defendant's plea of guilty is accepted.

Defendant is adjudged guilty of such offense.

Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date:   April 7, 2022            /s/ Greg Kays
                                  GREG KAYS, JUDGE
                                  UNITED STATES DISTRICT COURT